THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Militza Anais Sanchez,

    Petitioner,

v.                                  Case No.   1:26-cv-00082

Seneca County Jail Administrator, *et al.,*          Judge Michael R. Barrett

    Respondents.

## ORDER

    Petitioner, is currently detained at the Seneca County Jail in Tiffin, Ohio, has filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Motion for Immediate Release of Prompt Bond Hearing. (Doc. 1).

    28 U.S.C. § 1391(b) provides that civil suits may be brought only in the judicial district where (1) any petitioner resides, if all respondents reside in the same State; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any respondents may be found, if there is no district in which the claim may otherwise be brought. In this case, the named respondent is in Tiffin, Ohio. It also appears that the events giving rise to petitioner's claims occurred in Seneca County, and not in any county located in the Southern District of Ohio. The Southern District of Ohio is not the proper venue under section 1391(b). This case therefore is properly venued in the Northern District of Ohio, Western Division.

    Accordingly, the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the United States District Court for the Northern District of Ohio, Western Division for

all further proceedings. See 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

    /s *Michael R. Barrett*
Michael R. Barrett
United States District Judge